IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRESTVIEW MED BUILDING, LLC,

    Plaintiff,

v.                                      Case No. 3:08-cv-515/LAC

BONE & JOINT CLINIC and
ALFRED H. CARDET,

    Defendants.
_____/

**ORDER OF DISMISSAL**

Defendants have informed the Court that this case has been settled.  Therefore, this case is DISMISSED from the active docket of the Court.  In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this order of dismissal and reinstate this case.

**ORDERED** on this 15th day of December, 2008.

                                                      s/*L.A. Collier*
                                                  Lacey A. Collier
                                       Senior United States District Judge